IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:15-CV-218-FL

| | |
|---|---|
| LETICIA ROJAS ESPINOZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONA GIN "LINDA" KIM; | ) |
| MODERN CLEANERS, LLC; | ) |
| GK OF WILMINGTON, INC.; | ) |
| FANCY CLEANERS, INC; | ) |
| DC CLEANERS, INC.; and | ) |
| WAWA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS CAUSE came on before the undersigned on the Plaintiff's Motion for Reconsideration of Court's Order Dismissing Without Prejudice Various Corporate Defendants [Doc. 21]. As good cause has been shown,

IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration of Court's Order Dismissing Without Prejudice Various Corporate Defendants [Doc. 21] is GRANTED. Defendants GK of Wilmington, Inc., Fancy Cleaners, Inc., DC Cleaners, Inc. and Wawa Corporation remain as Defendants in this action.

This the  3rd  day of _____March_____, 2016.

_____
Honorable Louise W. Flanagan
United States District Judge