IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-218-FL

| | |
|---|---|
| LETICIA ROJAS ESPINOZA,<br>    Plaintiff,<br><br>    v.<br><br>RONA GIN "LINDA" KIM; MODERN CLEANERS, LLC; GK OF WILMINGTON, INC.; FANCY CLEANERS, INC.; DC CLEANERS, INC.; and WAWA CORPORATION,<br>    Defendants. | **ENTRY OF DEFAULT** |

This matter is before the clerk on the motions for entry of default [DE-29, 30, 31, 32, 33] filed by plaintiff Leticia Rojas Espinosa. The record shows that plaintiff effected service on defendants Rona Gin "Linda" Kim, Fancy Cleaners, LLC, GK of Wilmington, Inc., DC Cleaners, Inc., and WaWa Corporation. All of these defendants have failed to appear, plead, or otherwise defendant as provided by Rule 55 of the Federal Rules of Civil Procedure. The motions for entry of default are granted, and default is hereby entered against defendants Rona Gin "Linda" Kim, Fancy Cleaners, LLC, GK of Wilmington, Inc., DC Cleaners, Inc., and WaWa Corporation.

SO ORDERED. This the 30th day of March, 2016.

_____
Julie Richards Johnston
Clerk of Court