IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-218-FL

| | |
|---|---|
| LETICIA ROJAS ESPINOZA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RONA GIN "LINDA" KIM; MODERN CLEANERS, LLC; GK OF WILMINGTON, INC.; FANCY CLEANERS, INC.; DC CLEANERS, INC.; and WAWA CORPORATION,<br>　　　　Defendants.<br>_____<br><br>MODERN CLEANERS, LLC<br>　　　　Third-Party Plaintiff,<br><br>　　　　v.<br><br>WON SHIK BAN,<br>　　　　Third-Party Defendant. | **ENTRY OF DEFAULT** |

This matter is before the clerk on the motion for entry of default [DE-77] filed by third-party plaintiff Modern Cleaners, LLC. The record shows that third-party plaintiff effected service on third-party defendant Won Shik Ban, who has failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure. The motion for entry of default is therefore granted, and default is hereby entered against third-party defendant Won Shik Ban.

SO ORDERED. This the 20th day of June, 2016.

_____
Julie Richards Johnston
Clerk of Court