IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:15-CV-218-FL

| | |
|---|---|
| LETICIA ROJAS ESPINOZA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| RONA GIN "LINDA" KIM; | ) |
| MODERN CLEANERS, LLC; | ) |
| GK OF WILMINGTON, INC.; | ) |
| FANCY CLEANERS, INC.; | ) |
| DC CLEANERS, INC.; and | ) |
| WAWA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT AGAINST DEFENDANT RONA GIN "LINDA" KIM

The Defendant, Rona Gin "Linda" Kim ("Defendant Kim"), having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Defendant Kim is indebted to Plaintiff in the principal sum of $68,204.33, plus interest thereon; that Defendant Kim had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff Leticia Rojas Espinoza recover of Defendant Rona Gin "Linda" Kim the sum of $68,204.33, plus interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Court at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

This the 20th day of October, 2016.

_____
Louise W. Flanagan
U.S. District Court Judge